# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Salvador Ramirez-Ojeda,<br>A205 417 759<br>*Defendant* | ) ) ) ) ) ) ) Case No. 16-9427 MJ |

POA
11-17-16

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 17, 2016, in the County of Pinal, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2), a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CEB
REVIEWED BY: Charles E. Bailey, P.S. for AUSA Brooke T. Afshari

☒ Continued on the attached sheet.

*Complainant's signature*
Paul M. Ford
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 21, 2016

*Judge's signature*

City and state: Phoenix, Arizona

Eileen S. Willett
United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Count 1

On or about November 17, 2016, Salvador Ramirez-Ojeda, an alien, was found in the United States of America at or near Casa Grande, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Brownsville, Texas, on or about September 13, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

### Count 2

On or about November 17, 2016, at or near Casa Grande, in the District of Arizona, Salvador Ramirez-Ojeda, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Paul M. Ford, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 17, 2016, Border Patrol Agent P. Rivera encountered an individual near Casa Grande, in the District of Arizona. The agent identified himself as a Border Patrol agent and performed an immigration inspection on the individual. The individual, later identified as Salvador Ramirez-Ojeda, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Ramirez-Ojeda was transported to the Casa Grande Border Patrol Station for further processing. Ramirez-Ojeda was held in administrative custody until his identity could be confirmed along with his immigration history.

3. Immigration history checks revealed Salvador Ramirez-Ojeda to be a citizen of Mexico and a previously deported alien. Ramirez-Ojeda was removed from the United States to Mexico through Brownsville, Texas, on or about September 13, 2012, pursuant to a removal order issued by an immigration official. There is no record of Salvador Ramirez-Ojeda in any Department of Homeland Security database to suggest

that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal.

4. Furthermore, there is no record of Salvador Ramirez-Ojeda in any Department of Homeland Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had Ramirez-Ojeda presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Salvador Ramirez-Ojeda entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Ramirez-Ojeda's immigration history was matched to him by electronic fingerprint comparison.

5. On November 18, 2016, Salvador Ramirez-Ojeda was advised of his constitutional rights. Ramirez-Ojeda freely and willingly acknowledged his rights and declined to provide a statement under oath.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 17, 2016, Salvador Ramirez-Ojeda, an alien, was found in the United States of America at or near Casa Grande, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States

at or near Brownsville, Texas, on or about September 13, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and on or about November 17, 2016, at or near Casa Grande, in the District of Arizona, Salvador Ramirez-Ojeda did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2).

_____
Paul M. Ford
U.S. Border Patrol Agent


Sworn to and subscribed before me
this 21st day of November, 2016.

_____
Eileen S. Willett
United States Magistrate Judge